

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-11-01065-CV

ALLSTATE INSURANCE COMPANY, Appellant

V.

ANNE ("AMY") AND MICHAEL SPELLINGS, MASON'S MILL AND
LUMBER CO., INC., JESSE LEON, MACKENZIE PATRICK DAVIS, MASON
SPELLINGS, ROBERT GRANT CLAY, AND ESCALANTE'S MEXICAN
GRILLE, Appellees

Appeal from the 281st District Court of Harris County (Tr. Ct. No. 2010-51824-A).

**TO THE 281ST DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 28th day of April 2012, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the order signed by the trial court on November 4, 2011.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court affirms the trial court's judgment.
>
> The Court orders that the appellant, ALLSTATE INSURANCE COMPANY, pay all appellate costs.
>
> The Court orders that this decision be certified below for observance.

Judgment rendered June 28, 2012.

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.   Opinion delivered by Justice Jennings.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

February 6, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

